**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CACTUS WELLHEAD, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | CASE NO. 2:24-CV-01010-JRG |
| CAMERON INTERNATIONAL CORP., | § | |
| *Defendant*. | § | |

# MEMORANDUM OPINION AND ORDER

The Court held a pretrial conference in the above-captioned case on October 19, 2026 regarding pending pretrial motions, motions *in limine* ("MIL"), and disputed exhibits between Plaintiff Cactus Wellhead, LLC ("Cactus") and Defendant Cameron International Corp. ("Cameron") (together, the "Parties"). (*See* Dkt. Nos. 72, 74, 76, 106, and 107.) This Order memorializes the Court's rulings on the pretrial motions, MILs, and disputed exhibits as announced from the bench and read into the record, including additional instructions that were given to the Parties. While this Order summarizes the Court's rulings as announced into the record during the pretrial conference, this Order in no way limits or constrains such rulings from the bench. Accordingly, it is hereby **ORDERED** as follows:

## 1. Defendant Cameron's Motion for Summary Judgment of Non-Infringement of the '109 Patent (Dkt. No. 72)

This Motion was **DENIED**. Cactus asserts claims 1 and 5–14 of U.S. Patent No. 11,137,109 ("'109 Patent"). Claim 1 is exemplary, and, among other features, specifies a remote greasing system comprising three "skids." More specifically, claim 1 recites the following features:

> A remote greasing system for lubricating a valve of a wellhead or frac manifold comprising:
>
> > **a grease supply skid**, the grease supply skid including a grease reservoir and a grease pump;
> >
> > **a remote greasing skid**, the remote greasing skid including:
> >
> > > a grease manifold, the grease manifold operatively coupled to the grease pump of the grease supply skid by a grease trunk line; . . .
> > > and
> >
> > **a control skid**, the control skid including an interface, the control skid operatively coupled to the remote greasing skid by a control line, the control skid adapted to control the actuation of the grease supply valve; . . . .

’109 Pat. at 7:51–8:6. Claim 12 depends on claim 1 and further recites that “the grease supply skid and remote greasing skid are on one skid.” (*Id.* at 8:54–55.)

Cameron argued that Plaintiff Cactus’s technical expert Mr. McGowen opined that the Grease Injection Unit in the accused systems includes both a “grease supply skid” and a “remote greasing skid” because some portion of a greasing device is a grease supply skid, and another portion of the greasing device is a remote greasing skid. Cameron takes issue with this mapping because in *Magnolia Med. Techs., Inc. v. Kurin, Inc.*, 169 F.4th 1094, 1100 (Fed. Cir. 2026), for instance, the Federal Circuit affirmed a non-infringement finding where “there is only one structure in the [accused product] corresponding to two limitations in the asserted claims of the [] patent—the ‘vent’ and ‘seal’ limitations.” *Id.* Under such precedent, Cameron’s Grease Injection Unit allegedly cannot meet both the claimed elements of “a grease supply skid” and “a remote greasing skid.”

Cactus argues that Cameron’s cited cases address claims requiring distinct structures, not physically separate structures. Cactus alleges that its expert, in contrast, maps to distinct structures to show infringement as required. Cactus also argues that claim 12 of the ’109 Patent, which

depends on claim 1, adds the further limitation "wherein the grease supply skid and remote greasing skid are on one skid." According to Cactus, such language means that claim 1 can have both the claimed grease supply skid and remote greasing skid on one skid.

The Court, in light of the Parties' competing positions regarding skids, the accused products, and claim 12 of the asserted patent, found that there was a genuine fact dispute as to whether the accused products include a grease supply skid and a remote greasing skid. The Court was persuaded that Cactus improperly reads the cited one structure precedent. That precedent does not preclude Plaintiff in this case from showing that the accused products include the claimed skids based on a portion of a greasing device.

The Court further found that there was a genuine fact dispute as to whether accused products include a "grease trunk line" claim term. Cameron argues that because there is no "grease supply skid" that is physically separate from a "remote greasing skid," there is simply no line—much less a "grease trunk line"—that couples these two skids together in the accused products. However, this argument, at best, reargues Cactus's "grease supply skid" and "remote greasing skid" argument addressed previously. Similar to that discussed above, genuine fact disputes remain whether the accused products include a grease supply skid and a remote greasing skid connected by a grease trunk line as claimed, warranting denial.

**2. Plaintiff Cactus's Motion for Partial Summary Judgment of No Anticipation (Dkt. No. 74)**

This Motion was **DENIED**.

**3. Defendant Cameron's Corrected Motion to Strike Certain Opinions of Harold McGowen (Dkt. No. 76)**

This Motion was **DENIED**.

**4. Plaintiff Cactus's Motions *in Limine* (Dkt. No. 106)**

a. **Cactus MIL 1: To preclude Cameron from introducing evidence, testimony, or argument regarding the existence of, or the disputes at issue in, the case captioned: Cactus Wellhead, LLC v. Cameron Int'l Corp., No. 4:21-cv-02720 (S.D. Tex.) (the "Southern District Case").**

This MIL was **DENIED**. The Court instructed the Parties not to mention or reference their parallel litigation in the Southern District of Texas (Case No. 4:21-cv-02720). The Court also instructed the Parties that Cactus MIL 1 was duplicative of Court MIL 13, warranting denial.

b. **Cactus MIL 2: To preclude Cameron from introducing evidence, testimony, or argument from any fact witness, or any expert witnesses on damages, regarding the scope of any claim term or for opinions regarding whether any particular device or system embodies any Asserted Claim.**

This MIL was **DENIED**.

c. **Cactus MIL 3: To preclude Cameron from introducing evidence, testimony, or argument regarding images of Cameron's greasing system at Stella Maris received by Cactus from Mr. Babineaux's brother.**

This MIL was **GRANTED IN PART**. The Parties disputed whether evidence related to an event occurring in 2021—wherein Mr. Babineaux's brother covertly took photos of Cameron's greasing system at Stella Maris—should be put before the jury. Plaintiff argued that such evidence would serve to unfairly paint Cactus as an unethical company. Defendant asserted it would only use such evidence to demonstrate its own lack of willfulness, avoiding any representation of Cactus as unethical. The Court **ORDERED** that the Parties are precluded from making any reference to Greg Babineaux individually as the person that took the photographs without prior leave of the Court, but otherwise **DENIED** the MIL.

5. **Defendant Cameron's Motions *in Limine* (Dkt. No. 107)**

a. **Cameron MIL 1: Preclude Cactus from offering any evidence, testimony, and argument that Cameron's invalidity positions were rejected by the Patent Office and/or that Dr. Wooley's invalidity opinions "contravene" the Examiner's conclusions during prosecution.**

This MIL was **GRANTED IN PART**. Plaintiff must obtain leave of Court before presenting evidence of the prosecution history of the asserted patent; Plaintiff may not reference the fact that references used by Defendant in its invalidity case are cited on the face of the patent without leave of Court. Among other issues, the Court will act as a gatekeeper if and when Defendant elects to advance prior art that was considered during patent examination at trial.

**b. Cameron MIL 2: To preclude Cactus from offering any evidence, testimony, and argument regarding the doctrine of equivalents for purposes of showing that Cameron infringes any asserted claim under 35 U.S.C. § 271.**

This MIL is **MOOT** by agreement of the Parties.

**c. Cameron MIL 3: To permit the parties to refer to the related Southern District of Texas litigation between the parties [requesting leave to modify the Court's MIL No. 13].**

This MIL, which overlaps with Cactus MIL 3, was **DENIED** for reasons similar to those discussed above for Cactus MIL 3.

**6. Exhibits**

Following a representation at the pretrial conference that the Parties resolved their exhibit disputes, the Court **ORDERED** to Parties to jointly produce a list of all preadmitted exhibits and promptly send the same to the Court via the Courtroom Deputy. A copy of the Parties' preadmitted exhibits, which the Parties sent as ordered, is attached hereto as Exhibit A.

**So Ordered this**

**Oct 27, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

**CACTUS WELLHEAD, LLC**

**V.**

**CAMERON INTERNATIONAL CORPORATION**

**EXHIBIT LIST**

**Case Number: 2:24-CV-01010-JRG**

| PRESIDING JUDGE RODNEY GILSTRAP | | PLAINTIFF'S ATTORNEYS<br>Robert H. Reckers | DEFENDANT'S ATTORNEYS<br>John R. Keville |
|---|---|---|---|
| TRIAL DATE(S): December 7, 2026 | | COURT REPORTER<br>Shawn McRoberts | COURTROOM DEPUTY<br>Andrea Brunson |

| JTX No. | PTX No. | DTX No. | DATE OFFERED | MARKED | PRE ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| JTX 001 | | | | | X | Cameron Automated Greasing Operation Manual v2.1, 02/22/2021 (CAMN_EDTX_000006-CAMN_EDTX_000046) |
| JTX 002 | | | | | X | Case Study: Automated valve greasing save 18 h during zipper frac operations, 09/22/2023 (CAMN_EDTX_000050-CAMN_EDTX_000052) |
| JTX 003 | | | | | X | Email from Maloney to Bulman, Subject: Re: Auto-greasing stoppage, 03/26/2026 (CAMN_EDTX_129047-CAMN_EDTX_129049) |
| JTX 004 | | | | | X | Schlumberger, Business Case Surface Systems Frac Tree Greasing Automation (Tony Viator) (CAMN_EDTX_000142-CAMN_EDTX_000158) |
| JTX 005 | | | | | X | Presentation: Schlumberger Automated Greasing System (PPD # 135473) Business Commercialization CDP, 1/0/2021 (CAMN_EDTX_117223-CAMN_EDTX_117261) |
| JTX 006 | | | | | X | Schlumberger, Valve Commander on Agora User Guide, 01/27/2025 (CAMN_EDTX_128823-CAMN_EDTX_129019) |
| JTX 007 | | | | | X | Brochure: Meyer Remote Grease Manifold, 03/00/2019 (MEYER_0189-MEYER_0189) |
| JTX 008 | | | | | X | Meyer, Remote Grease Manifold Operation Manual (Version 3.0), 07/10/1905 (MEYER_0430-MEYER_0450) |
| JTX 009 | | | | | X | Presentation: Meyer, Multi-Station Greasing Manifold System, 07/10/1905 (MEYER_0569-MEYER_0586) |
| JTX 010 | | | | | X | U.S. Pat. Appl. Publ. No. 2017/0276293, Lubrication Manifold to McKim, 09/28/2017 |
| JTX 011 | | | | | X | Excel Spreadsheet: Invoice map of jobs that include Automated Grease Unit (CAMN_EDTX_000003-CAMN_EDTX_000003) |
| JTX 012 | | | | | X | Excel Spreadsheet: Invoice map of jobs that include Automated Grease Unit (CAMN_EDTX_000004-CAMN_EDTX_000004) |
| JTX 013 | | | | | X | Excel Spreadsheet: Invoice map of jobs that include Automated Grease Unit (CAMN_EDTX_000049-CAMN_EDTX_000049) |
| JTX 014 | | | | | X | Excel Spreadsheet: 2025 Monthly Customer Wells, 2025 (CAMN_EDTX_000171-CAMN_EDTX_000171) |
| JTX 015 | | | | | X | Excel spreadsheet: USD Sales 2020-2021 for Chevron, Enerplus Resources, Tap Rock Operating and Oxy/Anadarko (CAMN_EDTX_001337-CAMN_EDTX_001337) |
| JTX 016 | | | | | X | Excel spreadsheet: Preliminary Business Cases & Product Specification Sheet, Project Name: FRAC DESK - Automated Greasing, 10/01/2018 (CAMN_EDTX_124124-CAMN_EDTX_124124) |
| JTX 017 | | | | | X | Excel Spreadsheet: SFP NAL HQ P&L, 03/24/2026 (CAMN_EDTX_128822-CAMN_EDTX_128822) |
| JTX 018 | | | | | X | Excel Spreadsheet: Auto Grease 2026 Thru Feb, 03/26/2026 (CAMN_EDTX_129021-CAMN_EDTX_129021) |
| JTX 019 | | | | | X | Excel Spreadsheet: Greasing Count, 04/06/2026 (CAMN_EDTX_129051-CAMN_EDTX_129051) |
| JTX 020 | | | | | X | Non-Exclusive Patent License Agreement between Cameron International Corporation and Scout Surface Solutions LLC (fully executed), 03/25/2021 (CAMN_CACTUS_047212-CAMN_CACTUS_047222) |
| JTX 021 | | | | | X | Non-Exclusive Patent License Agreement between Cameron International Corporation and Patriot Research Center LLC (fully executed), 07/02/2024 (CAMN_CACTUS_079665-CAMN_CACTUS_079676) |
| JTX 022 | | | | | X | Settlement Agreement and Release between Cameron International Corporation and Patriot Control (fully executed), 07/01/2024 (CAMN_CACTUS_079677-CAMN_CACTUS_079688) |
| JTX 023 | | | | | X | Non-Exclusive Patent License Agreement between Cameron International Corporation and Vault Pressure Control, LLC (fully executed), 03/28/2025 (CAMN_CACTUS_147290-CAMN_CACTUS_147300) |
| JTX 024 | | | | | X | Presentation: Cactus, Inc.'s Frac Innovations (color version) (CAC(RGS)_0001373-CAC(RGS)_0001410) |
| JTX 025 | | | | | X | Email from Babineaux to Behrendt, Subject: Remote Greasing AND Attachment: Remote Grease Sys.pptx (color version), 01/30/2019 (CAC(RGS)_0040312-CAC(RGS)_0040319) |
| JTX 026 | | | | | X | Cactus Wellhead Frac SOP Manual, Section 6 - SafeInject Greasing Procedure (Rev. A), 06/23/2022 (CAC(RGS)_0000486-CAC(RGS)_0000530) |
| JTX 027 | | | | | X | Email from Cade to Babineaux, Subject: Fwd: Grease manifold options AND Attachments: 180174 grease manifold.docs; 180176 HIGH FLOW grease unit.docx; datasheet_GreasingManifold_v1 (1).pdf; datasheet_Highflow_grease-unit.pdf; datasheet_GreaseFlowMeter_v3.pdf; 180175 deluxe grease w remote.docx, 01/26/2018 (CAC(RGS)_0002094-CAC(RGS)_0002101) |
| JTX 028 | | | | | X | Email from Cade to Babineaux, Subject: RE: Grease Manifold, 01/08/2018 (CAC(RGS)_0002019-CAC(RGS)_0002020) |
| JTX 029 | | | | | X | Email from Babineaux to Cade, Subject: RE: Grease manifold options AND Attachment: grease manifold.pptx, 01/29/2018 (CAC(RGS)_0006612-CAC(RGS)_0006616) |
| JTX 030 | | | | | X | Email from Babineaux to Eric Bender, Subject: FW: XTO: Zipper Manifolds AND Attachments: Grease Manifold_PLC.PPTX; 12962_r0 (ASSY, MANIFOLD ASSY-FESTO SKID).pdf; 129616_r0 (ASSY, HMI ENCLOSURE SKID).pdf; CWOP - Permian RigLock v03.pptx, 03/06/2018 (CAC(RGS)_0040631-CAC(RGS)_0040656) |

| JTX No. | PTX No. | DTX No. | DATE OFFERED | MARKED | PRE ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| JTX 031 | | | | | X | Email from Babineaux to Begnaud, Subject: FW: Denver Trip Report, 04/19/2019 (CACTUS_CAM_000010079-CACTUS_CAM_000010079) |
| JTX 032 | | | | | X | Email from Babineaux to LaFleu, Subject: RE: INTRODCING Meyer Mult-Station Grease Manifold AND Attachment: Final Layout.2.jpg, 04/12/2018 (CAC(RGS)_0006677-CAC(RGS)_0006679) |
| JTX 033 | | | | | X | Presentation: Cactus Inc.'s Completions 2.0 (Rev. 14) (CACTUS_CAM_000071326-CACTUS_CAM_000071401) |
| JTX 034 | | | | | X | Email from Spinks to Gordon, Subject: RE: Request for Info - Chevron AND Attachments: RFI_Pressure Control Equipment Chevron-Form-Existing Supplier - Cactus Wellhead.xlsx; Chevron Permian Frac ProForma Invoice.pdf, 02/22/2024 (CAC(RGS)_0030885-CAC(RGS)_0030897) |
| JTX 035 | | | | | X | Email from Cade to Babineaux, Subject: RE: Grease Manifold Design Review, 01/31/2018 (CAC(RGS)_0002133-CAC(RGS)_0002134) |
| JTX 036 | | | | | X | Email from Cade to Davis, Subject: FW: Grease Manifold, 02/05/2018 (CAC(RGS)_0013176-CAC(RGS)_0013178) |
| JTX 037 | | | | | X | Email from Eric Bender to Steven Bender, Subject: Greasing AND Attachment: Final Layout.2.jpg, 04/01/2018 (CAC(RGS)_0047200-CAC(RGS)_0047201) |
| JTX 038 | | | | | X | Remote Grease System Report: Initial Rig-up for XTO, Well Name: Hurley 58-16 1H 3H and 11H, 10/16/2018 (CAC(RGS)_0056338-CAC(RGS)_0056338) |
| JTX 039 | | | | | X | Email from Cade to Greska, Subject: RE: Repsol Frac Tender Eagleford and Marcellus, 09/14/2023 (CAC(RGS)_0040763-CAC(RGS)_0040764) |
| JTX 040 | | | | | X | Presentation: Cactus Inc.'s Completions Innovations Deep Dive (CACTUS_CAM_000008696-CACTUS_CAM_000008738) |
| JTX 041 | | | | | X | Email from Craven to Schall et al., Subject: Shell Dakar Pad Assessment AND Attachments: IMG_4907; IMG_4908; IMG_4909; IMG_4910; IMG_4911; IMG_4915, 06/20/2018 (CAC(RGS)_0051325-CAC(RGS)_0051332) |
| JTX 042 | | | | | X | Email from Joel Bender to Steven Bender, Subject: Fwd: SM Energy Request for Proposal No. SM-RFP-PERM_STGC-0713 Frac Stacks, Zipper Manifold, etc. Attaching: SM-RFP-Perm-STGC-DC-0713 Frac Stacks, Zipper manifold, etc.pdf; Exhibit B - Scope of Work - Frac Stacks, Zipper Manifolds, etc.pdf, 09/22/2020 (CAC(RGS)_0043809-CAC(RGS)_0043809) |
| JTX 043 | | | | | X | Email from Duran to Sischo et al., Subject: RE: Pioneer Natural Resources has invoice you to participate in an event: RFI-PAT-210923-KAH-01-Zipper Manifold, Attaching: SOW - Zipper RFI Q4 2021 - Final.pdf; RFI_PAT_210923_KAH_01_ZIPPER MANIFOLD_Question Response 2.pdf; PIONEER 10M ZIPPER ODE3341DQ.1.pdf; PIONEER 10M SAFELINK® ODE3554DQ.pdf; Contractor's Bid Sheet - Zipper RFI Q4 2021.xlsx, 09/29/2021 (CAC(RGS)_0042755-CAC(RGS)_0042756) |
| JTX 044 | | | | | X | Email from Radwanski to Miller, Subject: FW: Frac Stacks - EOG, Attaching: Frac Stack and Mono-line bid package Final 2022, 11/03/2021 (CAC(RGS)_0043017-CAC(RGS)_0043032) |
| JTX 045 | | | | | X | Email from Benbeskri to Roussel et al., Subject: RE: 2023 Capex - Long Lead Items - Valve Commander, Remote Greasing, Monobore Missile AND Attachment: USL 2023 Capex Justification V4.pptx, Attaching: VC & RG Calculator.xlsx; 2023 USL Walk Calcs.xlsx, 08/22/2022 (CAMN_EDTX_001300-CAMN_EDTX_001313) |
| JTX 046 | | | | | X | Email from Viator to Maloney, Subject: RE: Pioneer update, 03/13/2023 (CAMN_EDTX_030407-CAMN_EDTX_030408) |
| JTX 047 | | | | | X | Email from Fasheh to Viator et al., Subject: RE: Fracstack rfq, 06/09/2023 (CAMN_EDTX_001006-CAMN_EDTX_001010) |
| JTX 048 | | | | | X | Email from Viator to Tibbs et al., Subject: RE: SUR_USL PS 2022 Capex opp.pptx AND Attachment: SUR_USL PS 2022 Capex opp.pptx, 11/03/2021 (CAMN_EDTX_001237-CAMN_EDTX_001242) |
| JTX 049 | | | | | X | Email from Desai to Vogel, Subject: Automated Greasing - Business Commercialization CDP Presentation AND Attachment: 20210208_135473_Business Commercialization_3274863_CDP_Presentation_2.pptx, 02/08/2021 (CAMN_EDTX_117222-CAMN_EDTX_117261) |
| JTX 050 | | | | | X | Email from Viator to Hoong et al., Subject: RE: Frac Tree Rental Cost Estimates AND Attachments: spe-213098-ms.pdf; CVX Case Study.pdf; Enerplus Case Study.pdf; Remote Greasing Data Sheet.pdf; Vcomm PDS.pdf, 11/06/2023 (CAMN_EDTX_027419-CAMN_EDTX_027443) |
| JTX 051 | | | | | X | Email from Fasheh to Hogg, Subject: RE: USL long lead time items, 09/12/2022 (CAMN_EDTX_006356-CAMN_EDTX_006359) |
| JTX 052 | | | | | X | Email from Ortiz to Maloney, Subject: RE: AGU and VC Quote Review MOM02072023, 02/17/2023 (CAMN_EDTX_029483-CAMN_EDTX_029487) |
| JTX 053 | | | | | X | Email from Roussel to Hernandez et al., Subject: RE: Remote Greasing AND Attachment: Remote Greasing Units 2021.xls, 12/18/2020 (CAMN_EDTX_000794-CAMN_EDTX_000796) |
| JTX 054 | | | | | X | Email from Hernandez to Khokhar et al., Subject: Valve Commander and Remote Greasing AND Attachment: 2022 Remote Greasing Units.xls, Attaching: 2022 Valve Commander.xls, 11/30/2021 (CAMN_EDTX_075973-CAMN_EDTX_075975) |
| JTX 055 | | | | | X | Email from Gross to Viator et al., Subject: Re: Remote Greasing Field Trial , 07/23/2020 (CAMN_EDTX_091765-CAMN_EDTX_091766) |
| JTX 056 | | | | | X | Email from Fasheh to Bertrand et al., Subject: RE: Qatar Energy - Frac Tender, 02/17/2023 (CAMN_EDTX_029493-CAMN_EDTX_029495) |
| JTX 057 | | | | | X | Email from Stedman to Pennington et al., Subject: RE: Auto Greasing for Murphy AND Attachment: Auto Greasing Options.docx, 03/26/2024 (CAMN_EDTX_082375-CAMN_EDTX_082378) |
| JTX 058 | | | | | X | Email from Viator to Ruiz et al., Subject: FW: ValveCommander for Tap Rock, 01/20/2022 (CAMN_EDTX_073660-CAMN_EDTX_073661) |
| JTX 059 | | | | | X | Email from Fasheh to Viator et al., Subject: RE: 2021 Remote Greasing Phase 2 AFE Serials, 03/24/2022 (CAMN_EDTX_070014-CAMN_EDTX_070027) |

| JTX No. | PTX No. | DTX No. | DATE OFFERED | MARKED | PRE ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| JTX 060 | | | | | X | Email from Viator to Balzan et al., Subject: FW: ValveCommander Availability, Attaching: Current_HV_Schd_8_3.pdf; SD-053874-02.pdf, 08/26/2021 (CAMN_EDTX_074239-CAMN_EDTX_074241) |
| JTX 061 | | | | | X | Email from Schauer to Viator, Subject: RE: Murphy meeting, 02/20/2020 (CAMN_EDTX_093683-CAMN_EDTX_093684) |
| JTX 062 | | | | | X | Emali from Viator to Matusek, Subject: Frac Market Share, 10/27/2021 (CAMN_EDTX_073687-CAMN_EDTX_073687) |
| JTX 063 | | | | | X | Email from Balzan to Zellner et al., Subject: Fracstack rfq, 06/12/2023 (CAMN_EDTX_001032-CAMN_EDTX_001039) |
| JTX 064 | | | | | X | Email from Byrd to Taitt et al., Subject: RE: IWS Information Session, 04/21/2020 (CAMN_EDTX_093139-CAMN_EDTX_093144) |
| JTX 065 | | | | | X | Email from Viator to Stedman et al., Subject: RE: IWS Information Session AND Attachment: Autogrease Presentation Rev 01.pptx, 04/23/2020 (CAMN_EDTX_096428-CAMN_EDTX_096443) |
| JTX 066 | | | | | X | Email Appointment from Ortiz to Eng et al., Subject: Remote Greasing Unit - PDD #135473 Realization Launch CDP, 11/03/2020 (CAMN_EDTX_035979-CAMN_EDTX_035980) |
| JTX 067 | | | | | X | Email from Ozen to Morley et al., Subject: SLIIC Production IIoT Monthly Report - October 2022 AND Attachment: 2022-10 - SLIIC PRD Monthly Report - October 2022.pdf, 11/01/2022 (CAMN_EDTX_030734-CAMN_EDTX_030746) |
| JTX 068 | | | | | X | Schematic: Assembly Details, General Arrangement F/ Remote Skid w/o HMMI F/20K GIU, 3912-23-01 (Rev. 2), 10/21/2022 (CAMN_EDTX_128810-CAMN_EDTX_128811) |
| JTX 069 | | | | | X | Schematic: Assembly Details, General Arrangement, GUI F/20K Automated Greasing System, X-413912-11-01 (Rev. 2), 05/03/2024 (CAMN_EDTX_128816-CAMN_EDTX_128818) |
| JTX 070 | | | | | X | Schematic: Assembly Details, P&ID Arrangement F/20K Grease Injection Unit, X-413912-11-02 (Rev. 2), 10/21/2022 (CAMN_EDTX_128819-CAMN_EDTX_128821) |
| JTX 071 | | | | | X | Email from DeRose to Stedman, Subject: FW: Digital Scale, 04/29/2020 (CAMN_EDTX_093271-CAMN_EDTX_093271) |
| JTX 072 | | | | | X | Email from Schauer to Viator, Subject: RE: Murphy Completions - Huddle up, 02/20/2020 (CAMN_EDTX_097520-CAMN_EDTX_097525) |
| JTX 073 | | | | | X | Email from Smith to Tibbs et al., Subject: RE: Valve Commander Opp., 02/11/2022 (CAMN_EDTX_075296-CAMN_EDTX_075299) |
| JTX 074 | | | | | X | Email from Ortiz to Ruhl, Subject: FW: Valve Commander & Auto Greasing Case Study / SPE Tech Talk AND Attachments: Performance Live Slides CVX Review Dec 18 2022.pdf; Chevron VC and Greasing Case Study V2 - Chevron.docx; SPE OKC Symposium Abstract.pdf, 12/19/2022 (CAMN_EDTX_060307-CAMN_EDTX_060331) |
| JTX 075 | | | | | X | Excel spreadsheet: Auto Greasing Assets, 03/25/2026 (CAMN_EDTX_129020-CAMN_EDTX_129020) |
| | PTX 001 | | | | X | U.S. Patent No. 11,137,109, Remote Greasing System to Babineaux et al. (patent in suit), 10/05/2021 (CAC(RGS)_0039421-CAC(RGS)_0039439) |
| | PTX 002 | | | | X | U.S. Pat. Appl. No. 16/852,255, Remote Greasing System to Babineaux et al. (Pat. No. 11,137,109 file wrapper), 04/17/2020 (CAC(RGS)_0000022-CAC(RGS)_0000132) |
| | PTX 003 | | | | X | Product sheet: Cameron Automated Valve Greasing System (CAC(RGS)_0000135-CAC(RGS)_0000135) |
| | PTX 004 | | | | X | Case Study: Hydraulic fracturing, Permian Basin and Eagle Ford Shale (CAC(RGS)_0000136- |
| | PTX 005 | | | | X | Permian Asset Team, Scope of Work to Pioneer Natural Resources re Zipper Manifolds, 09/23/2021 (CAC(RGS)_0042757-CAC(RGS)_0042760) |
| | PTX 006 | | | | X | Image: IMG_0043, set-up of Hurley pad, 10/23/2025 (CAC(RGS)_0056566-CAC(RGS)_0056566) |
| | PTX 007 | | | | X | Image: IMG_0067, HMI at Hurley pad, 10/23/2025 (CAC(RGS)_0056568-CAC(RGS)_0056568) |
| | PTX 008 | | | | X | Image: IMG_0069, HMI at Hurley pad, 10/24/2025 (CAC(RGS)_0056569-CAC(RGS)_0056569) |
| | PTX 009 | | | | X | Presentation: Schlumberger USL 2023 Long Lead Time Capex Justification, 8/0/2022 (CAMN_CACTUS_085297-CAMN_CACTUS_085308) |
| | PTX 010 | | | | X | Schematic: 20K Grease Injection System; System Interconnect; Interconnect Diagram (No. 3738), 03/30/2020 (CAMN_EDTX_000077-CAMN_EDTX_000077) |
| | PTX 011 | | | | X | Schlumberger Field Test Plan and Report, Greasing on Agora Field Test Plan, 12/0/2021 (CAMN_EDTX_069942-CAMN_EDTX_69961) |
| | PTX 012 | | | | X | 2021 CAPEX Requirements, GreaseCommander (Remote Greasing Unit), 11/03/2020 (CAMN_EDTX_089317-CAMN_EDTX_089317) |
| | PTX 013 | | | | X | 2021 CAPEX Requirements, GreaseCommander (Remote Greasing Unit), 11/03/2020 (CAMN_EDTX_089396-CAMN_EDTX_089396) |
| | PTX 014 | | | | X | Excel spreadsheet: Remote Greasing Units (CAMN_EDTX_089709-CAMN_EDTX_089709) |
| | PTX 015 | | | | X | Presentation: Manless Flowback (CAMN_EDTX_104709-CAMN_EDTX_104718) |
| | PTX 016 | | | | X | Schematic: Assembly Details, General Arrangement Panel Skid F/20K Grease Injection Unit (Rev. 2), 10/31/2022 (CAMN_EDTX_128814-CAMN_EDTX_128814) |
| | PTX 017 | | | | X | Website: https://cactuswhd.com/product/completion-equipment/ |
| | PTX 018 | | | | X | Website: https://www.slb.com/videos/spe-tech-talk-remotely-operating-the-frac-tree |
| | PTX 019 | | | | X | Stella Maris LLC third party document production (SM_00000033-SM_0000038) |
| | PTX 020 | | | | X | Octopus manifold pictures (CAC(RGS)0032574-CAC(RGS)0032583) |
| | PTX 021 | | | | X | Email from Viator to Gill et al., Subject: RE: Drilling and Completion Presentation Link for Distribution AND Attachment: PIF Presentation 032321 (For Distribution).pdf, 07/12/2021 (CAMN_EDTX_074672-CAMN_EDTX_074695) |
| | PTX 022 | | | | X | Website: www.facebook.com_2025-06-23-17-06-21, 06/23/2025 (PUBLIC-000450-PUBLIC-000451) |
| | PTX 023 | | | | X | Patent Assignment for U.S. Application No. 62/836,381, 05/07/2019 |
| | PTX 024 | | | | X | Image: IMG_0083, set-up of Hurley pad, 10/23/2025 (CAC(RGS)_0056570-CAC(RGS)_0056570) |

| JTX No. | PTX No. | DTX No. | DATE OFFERED | MARKED | PRE ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | PTX 025 | | | | X | Stella Maris Proposal 20K Grease Injection System, 11/10/2021 (CAMN_EDTX_079833-CAMN_EDTX_079838) |
| | PTX 026 | | | | X | Email from Joel Bender to Steven Bender re: SM Energy RFP , 09/22/2020 (CAC(RGS)_0043809-CAC(RGS)_0043821) |
| | PTX 027 | | | | X | Case Study: Automated valve greasing saves 18h during zipper frac operations, 09/22/2023 (CAMN_EDTX_000050-CAMN_EDTX_000052) |
| | PTX 028 | | | | X | Schematic: Assembly Details, General Arrangement Panel Skid F/Remote Control Skid Grease Injection Unit, 3912-22-01 (Rev. 2), 10/21/2022 (CAMN_EDTX_128809-CAMN_EDTX_128809) |
| | PTX 029 | | | | X | Schematic: Assembly Details, Elec Panel General Arrangement, GUI F/20K Automated Greasing System, XXX2-11-06 (Rev 2.), 05/03/2024 (CAMN_EDTX_128812-CAMN_EDTX_128813) |
| | | DTX 001 | | | X | Email from Angel Balzan to Tony Viator regarding some comments regarding preparation for the Automated Greasing Field Test – Chevron, 10/31/2019, CAMN_EDTX_098129 - CAMN_EDTX_098138 |
| | | DTX 002 | | | X | Email from Payal Desai to Camila Ortiz, Tony Viator and Angel Balzan sending Proposal and Layout for single pump architecture, 6 well pad system, 04/10/2020, CAMN_EDTX_093120 - CAMN_EDTX_093120 |
| | | DTX 003 | | | X | Presentation – Remote Greasing Unit, May 2020, CAMN_EDTX_089849 - CAMN_EDTX_089857 |
| | | DTX 004 | | | X | Performance Live – Equipment Rig Up, CAMN_EDTX_043092 - CAMN_EDTX_043109 |
| | | DTX 005 | | | X | Email from Logan Henderson to Tony Viator regarding Equipment Quotes with various attachments related to MEYER prior art systems, 04/06/2018, CAMN_EDTX_129030 - CAMN_EDTX_129044 |
| | | DTX 006 | | | X | U.S. Patent App. Pub. No. 2020/0347990 to McKim (“McKim ’990”), 11/05/2020 |
| | | DTX 007 | | | X | WIPO PCT Application Publication No. 2017/136841 to Herman et al. (“Herman”), 10/08/207 |
| | | DTX 008 | | | X | U.S. Patent App. Pub. No. 2015/0345272 to Kajaria et al. (“Kajaria”), 12/03/2015 |
| | | DTX 009 | | | X | U.S. Patent App. Pub. No. 2017/0336022 to Gouge (“Gouge”), 11/23/2017 |
| | | DTX 010 | | | X | Email from Evelyn Guajardo to Tony Viator – Re: Performance Live Techs with Excel – Sum of Revenue attached, 12/11/2023, CAMN_EDTX_036668 - CAMN_EDTX_036672 |
| | | DTX 011 | | | X | Email string from Len Vogel to Stuart Robinson – Re: July Review with Attachment – Staff Meeting NPD Len 07-2020.pptx, 07/14/2020, CAMN_EDTX_120368 - CAMN_EDTX_120381 |
| | | DTX 012 | | | X | Material Spreadsheet, CAMN_EDTX_129052 |
| | | DTX 013 | | | X | Presentation – Surface Systems, 12/04/2017, CAMN_CACTUS_026091 - CAMN_CACTUS_026123 |
| | | DTX 014 | | | X | [AEO] Non-Exclusive Patent License Agreement – Executed by Paloma Pressure Control on 08/03/2021, 08/03/2021, CAMN_CACTUS_005811 - CAMN_CACTUS_005819 |
| | | DTX 015 | | | X | Non-Exclusive Patent License Agreement, Cameron / Bass Energy Services, LLC, 12/21/2021, CAMN_CACTUS_005820 - CAMN_CACTUS_005828 |
| | | DTX 016 | | | X | Non-Exclusive Patent License Agreement, Cameron / Texas Monoline, 12/14/2020, CAMN_CACTUS_005829 - CAMN_CACTUS_005840 |
| | | DTX 017 | | | X | Non-Exclusive Patent License Agreement, Cameron / Butch’s Rathole & Anchor Services, 06/17/2021, CAMN_CACTUS_005852 - CAMN_CACTUS_005862 |
| | | DTX 018 | | | X | 2019-2024 June YTD Cactus Pressure Control Revenues Spreadsheet, 2019-2024, CACTUS_CAM_000005884 - CACTUS_CAM_000005884 |
| | | DTX 019 | | | X | Email string from Chad Babineaux to Scott Bender – Re: Zipper Manifolds Finalized Pricing, 02/26/2018, CAC(RGS)_0036674 - CAC(RGS)_0036676 |
| | | DTX 022 | | | X | Email string from Jason Cade to Scott Bender, Kelton Craven - Re Shell meeting 9/19/2018 – Zipper valves performing better than tree valves?, 09/20/2018, CAC(RGS)_0045416 - CAC(RGS)_0045418, Cade 15 |
| | | DTX 023 | | | X | Email from Blaise Hebert to Steven Bender regarding Tuesday Agenda, 04/12/2018, CACTUS_CAM_000067880 - CACTUS_CAM_000067880 |
| | | DTX 024 | | | X | Email string from Will Begnaud to Annsley Dykes, Chad Babineaux and Jason Cade with the attached PowerPoint titled Remote Greasing, 05/22/2018, CAC(RGS)_0044872 - CAC(RGS)_0044875 |
| | | DTX 025 | | | X | Email string from Derek Parks to Chad Babineaux – Re New Greasing Layout (Color), 04/10/2019, CAC(RGS)_0039472 - CAC(RGS)_0039477 |
| | | DTX 026 | | | X | Email string from John Henry to Steven Bender, Bob Duran, Ulysses Haley – Re FW: Encana 2019 Q3-KPI Review.pptx with attachments - EncanaQ3lst.pdf, 2019 @2 Encana/Cactus KPI Review, Cactus – 2019 Q2 Encana |
| | | DTX 027 | | | X | Cactus – Safe Inject (Remote Greasing), CAC(RGS)_0045512 |
| | | DTX 028 | | | X | Email string from Yang Chen to Tony Viator – Re: Automated Greasing Meeting Minutes “Safeland”, 03/27/2019, CAMN_EDTX_102211 - CAMN EDTX 102214 |
| | | DTX 029 | | | X | Email string from John Brown to Thomas Gattis, AJ Gibson, Chase English, Lance Davis, Tony Viator – Re: GEPH – Valve Commander Demo with Attachment - valvecommander-ps.pdf, 03/30/2021, CAMN_EDTX_087140 – |
| | | DTX 030 | | | X | Email from Babineaux to Betton et al., Subject: Grease Manifolds AND Attachments: 180174 grease manifold.docs; 180176 HIGH FLOW grease unit.docx; datasheet_GreasingManifold_v1 (1).pdf; |